**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

ELDORADO BROWN,

                    Plaintiff,

        vs.

T-MOBILE USA, INC.,

                    Defendant.

Case No. 2:26-cv-1493

**T-MOBILE USA, INC.'S NOTICE OF REMOVAL**

**KING COUNTY SUPERIOR COURT CASE NO. 26-2-11855-8**

## NOTICE OF REMOVAL OF ACTION

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant T-Mobile USA, Inc. ("Defendant") hereby removes this action from the Superior Court of the State of Washington in and for the County of King to the United States District Court for the Western District of Washington, as follows:

### I.      TIMELINESS OF REMOVAL

On April 7, 2026, Plaintiff Eldorado Brown ("Plaintiff") filed a civil action against Defendant. Exhibit B, *Complaint*. Defendant was served with the Complaint on April 10, 2026. Exhibit D, *Service of Summons*.  Accordingly, Defendant is timely filing this Notice of Removal within 30 days after service of process, as required by 28 U.S.C. § 1446(b).

Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is accompanied by copies of the following materials:

1.    Civil Case Cover Sheet

T-MOBILE USA, INC.'S NOTICE OF REMOVAL
(Case No. 2:26-cv-1493)

POLSINELLI PC
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone (206) 393-5400
Fax (206) 393-5401 FAX

2.      Complaint filed in King County Superior Court, Case No. 26-2-11855-8

3.      Verification of State Court Records

4.      Appearance of Counsel

In connection with the filing of this Notice of Removal, Defendant is filing a copy of the Notice of Removal in the Superior Court of the State of Washington in and for the County of King pursuant to 28 U.S.C. § 1446(d).

## II.      VENUE

The Notice of Removal is filed in the District in which the action is pending. The Superior Court of the State of Washington in and for the County of King is located within the Western District of Washington. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## III.      BASIS FOR REMOVAL

### A.  Federal Question Jurisdiction

This Court has original subject-matter jurisdiction in this case pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint arises under the laws of the United States, the federal Americans with Disabilities Act, Title II ("ADA").  Ex. B (Complaint) at ¶¶ 16-21. Thus, this Court has original jurisdiction under 28 U.S.C. § 1331 and the action is removable under 28 U.S.C. § 1441.

### B.  Supplemental Jurisdiction

This Court has supplemental jurisdiction over Plaintiff's state law negligence claim. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over all other claims that are so related to Plaintiff's federal cause(s) of action "that they form part of the same case or controversy under Article III of the United States Constitution." State law claims fall within this Court's supplemental jurisdiction when they share with the federal claims "a common nucleus of operative fact ... such that [the plaintiff] would ordinarily be expected to try them all in one judicial proceeding." *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725 (1966).

T-MOBILE USA, INC.'S NOTICE OF REMOVAL
(Case No. 2:26-cv-1493)

POLSINELLI PC
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone (206) 393-5400
Fax (206) 393-5401 FAX

Here, the claims all arise out of a common nucleus of operative facts. Specifically, Plaintiff alleges Defendant both violated the ADA and was negligent when it failed to issue a refund after Plaintiff returned an iPhone 15. Ex. B at ¶¶ 8-15. Because Plaintiff's state and federal claims arise out of the same common nucleus of operative facts (*i.e.*, Defendant's alleged failure to issue a refund), the claims constitute part of the same case or controversy, and this Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367.

Moreover, there is no reason why this Court should not exercise supplemental jurisdiction over Plaintiff's state law claim. Plaintiff's state law claim does not raise a novel or complex issue of State law, nor do they predominate over Plaintiff's federal claim under the ADA. *See* 28 U.S.C. § 1367(c). Likewise, there are no exceptional circumstances or other compelling reasons for this Court to decline supplemental jurisdiction. *Id.* Thus, removal is proper under 28 U.S.C. § 1441(c).

### IV.    CONSENT OF ALL DEFENDANTS

T-Mobile USA Inc. is the only Defendant in this lawsuit.

### V.    CONCLUSION

For the foregoing reasons, this Court has original and supplemental jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1367, and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441. In accordance with 28 U.S.C. § 1446, Defendant will provide notice of this Removal to pro se Plaintiff. As required by 28 U.S.C. § 1446(d), a copy of the original Notice of Removal will be filed with the Superior Court of the State of Washington in and for the County of King.

By removing this action, Defendant does not waive or intend to waive any defense, including their right to compel this action to arbitration.

By removing this action, Defendant does not admit any of the allegations in Plaintiff's complaint.

T-MOBILE USA, INC.'S NOTICE OF REMOVAL
(Case No. 2:26-cv-1493)

POLSINELLI PC
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone (206) 393-5400
Fax (206) 393-5401 FAX

Defendant reserves the right to amend this Notice of Removal.

Dated this 1st day of May, 2026.

/s/ Sabrina L. Marquez
Sabrina L. Marquez,  Wash. Bar No. 58478
POLSINELLI PC
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone:        (206) 393-5400
Facsimile:        (206) 393-5401
E-mail:           smarquez@polsinelli.com

*Attorney for T-Mobile USA, Inc.*

T-MOBILE USA, INC.'S NOTICE OF REMOVAL
(Case No. 2:26-cv-1493)

POLSINELLI PC
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone (206) 393-5400
Fax (206) 393-5401 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on the date given below, I electronically filed the foregoing T-MOBILE USA, INC.'S NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system and mailed, via certified U.S. Mail, a copy of the Notice of Removal and all Attachments and Exhibits to:

Eldorado Brown, UCN 10657449
King County Jail
500 Fifth Ave.
Seattle, WA 98104

DATED this 1st day of May, 2026, at Seattle, Washington.


/s/ Sabrina Marquez
Sabrina Marquez

T-MOBILE USA, INC.'S NOTICE OF REMOVAL - 5

POLSINELLI PC
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone (206) 393-5400
Fax (206) 393-5401 FAX