SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| ELDORADO BROWN, an individual, | ) Case No. |
| | ) |
| Plaintiff, | ) COMPLAINT |
| | ) |
| vs. | ) (JURY TRIAL REQUESTED) |
| | ) |
| T-MOBILE | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

COMES NOW Plaintiff Eldorado Brown, and for the causes of action against the above-named Defendants, alleges and avers as follows:

## I.    INTRODUCTION

1. Plaintiff Eldorado Brown is an individual with a mental disability and a member of the Trueblood class action. Plaintiff is a qualified individual under Title II of the Americans with Disabilities Act (ADA)

2. Plaintiff purchased an iPhone 15 from Defendant, T-Mobile, paying the full purchase price in cash and providing proper identification.

3. Defendant failed to return Plaintiff's money after Plaintiff attempted to return the phone, and Plaintiff alleges that Defendant took advantage of Plaintiff's disability.

## II.    VENUE

COMPLAINT - 1
CASE NO.

ELDORADO BROWN
KING COUNTY JAIL
500 Fifth Ave., Seattle, WA 98104
206-296-1234

4. The events giving rise to this complaint occurred at a T-Mobile store located in the Westlake area of Seattle, Washington.

5. Therefore, venue is proper in King County Superior Court.

### III.   PARTIES

6. Plaintiff Eldorado Brown is a resident of Washington State and a qualified individual with a disability under federal and state law.

7. Defendant T-Mobile USA, Inc. is a company that sells telecommunications products and services and conducts business in Washington State.

### IV.   STATEMENT OF FACTS

8. In or about June 2024, Plaintiff entered a T-Mobile store in Seattle and purchased an iPhone 15 and service, paying in full with cash.

9. Within seven days, Plaintiff returned to the store with the phone, receipt, and identification, seeking a refund due to dissatisfaction with the product and service.

10. Defendant informed Plaintiff that cash refunds over $500 could not be issued and that a refund would instead be mailed to Plaintiff in the form of a debit or gift card.

11. Plaintiff agreed to this process and left the phone at the store.

12. After several months, Plaintiff contacted T-Mobile customer service multiple times regarding the refund but did not receive the promised payment

13. Plaintiff returned to the store and spoke with employees, who stated they would investigate and ensure the refund was issued

14. To date, Plaintiff has not received any refund

15. Plaintiff further believes that Defendant failed to properly deactivate the phone and terminate the account, and requests proof of deactivation and account closure.

COMPLAINT - 2
CASE NO.

ELDORADO BROWN
KING COUNTY JAIL
500 Fifth Ave., Seattle, WA 98104
206-296-1234

## V.    FIRST CAUSE OF ACTION

### Violation of the Americans with Disabilities Act – Title II

16. Plaintiff realleges the above paragraphs.

17. Plaintiff is a qualified individual with a disability under 42 U.S.C. § 12131(2).

18. At all relevant times, Plaintiff was entitled to protection under the ADA

19. Defendant knew or should have known of Plaintiff's disability and failed to provide fair and equal treatment

20. Plaintiff alleges that Defendant took advantage of Plaintiff's disability during the transaction and refund process.

21. As a result, Plaintiff suffered damages including emotional distress, mental suffering, and other harm to be proven at trial.

## VI.    SECOND CAUSE OF ACTION

### Negligence

22. Plaintiff realleges the above paragraphs.

23. Defendant owed Plaintiff a duty of reasonable care in handling the purchase, return, and refund process.

24. Defendant breached that duty by failing to return Plaintiff's money and by failing to properly process the return

25. As a direct and proximate result, Plaintiff suffered economic damages and non-economic damages, including emotional distress and suffering.

## VII.    PRAYER FOR RELIEF

Plaintiff requests:

COMPLAINT - 3
CASE NO.

A. Proof of the exact date and time that Plaintiff's iPhone 15 was deactivated and the account terminated;

B. Copies of all records associated with Plaintiff's T-Mobile account;

C. Copies of all documents related to the purchase, return, and use of the iPhone;

D. Return of Plaintiff's money or replacement of the iPhone;

E. Attorney's fees and costs as allowed by law;

F. Any additional relief the Court deems just and proper.

DATED: 7th of April, 2026

/s/Eldorado Brown_____
**ELDORADO BROWN, PRO-SE, Plaintiff**
500 5th Avenue
Seattle, Washington 98104

COMPLAINT - 4
CASE NO.

ELDORADO BROWN
KING COUNTY JAIL
500 Fifth Ave., Seattle, WA 98104
206-296-1234